**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PETER CONNORS,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:14-0913** |
| : | |
| **v** : | |
| : | **(JUDGE MANNION)** |
| **EMPIRE OFFICE, INC. a/k/a** | |
| **EMPIRE OFFICE EQUIPMENT, INC** : | |
| **Defendant** : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** plaintiff's motion for attorney's fees and costs, (Doc. 33), is **GRANTED IN PART**. The clerk of court is directed to enter **JUDGMENT** in favor of the plaintiff and against Empire in the amount of $50,000.00 for attorney's fees and $1,109.40 for costs.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: January 22, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0913-01-Order.wpd